JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- In re Allegheny International, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/07/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-6), CERT. OF SVC. -- Filed by Deft. KPMG Peat Marwick -- SUGGESTED TRANSFEREE DISTRICT: WESTERN DISTRICT OF PENNSYLVANIA -- SUGGESTED TRANSFEREE JUDGE: HON. GLENN MENCER (received 7/27/90) (rh) |
| 90/07/30 | 2 | LETTER -- (re: A-2) -- Filed by KPMG Peat Marwick -- w/copy of order filed in D. Minnesota and cert. of svc. (rh) |
| 90/08/10 | | APPEARANCE -- MARGUERETTE N. HOSBACH, ESQ. for Dillon, Read & Co., Inc.; JOHN W. FRAZIER, IV, ESQ. for KPMG Peat Marwick; WILLIAM F. WARD, ESQ. for Mr. Graemer K. Hilton; EDWIN L. KLETT, ESQ. for Oliver S. Travers, Jr., Thomas J. Albani, Anthony D. Shanagher, Samuel H. Iapalucci, K. Wayne Long, Roland H. Schriver, Anthony J.A. Bryan, Richard M. Cyert, Mark H. McCormack, Anthony J.F. O'Reilly, Jean-Jacques Servan-Schreiber, Spencer R. Stuart; GEOFFREY P. JARPE, ESQ. for Irwin L. Jacobs and Carl R. Pohlad (A-1 & A-2); HOWARD SCHIFFMAN, ESQ. for Spear, Leeds & Kellogg (A-3 thru A-6); TERRY BUDD, ESQ. for Mellon Bank, N.A.; Canadian Imperial Bank of Commerce; Continental Bank, N.A. (formerly known as Continental Illinois National Bank & Trust Co. of Chicago); Morgan Guaranty Trust Co. of New York; Bank of America National Trust and Savings Assoc.; Harris Trust and Savings Bank; The First National Bank of Boston; The Bank of New York; Commerzbank Aktiengesellschaft; Manufacturers Hanover Trust Co.; NCNB National Bank of North Carolina; The Chase Manhattan Bank, N.A.; The Citizens and Southern National Bank; The Northern Trust Co.; Barclays Bank PLC; Pittsburgh National Bank; Standard Chartered Bank; Bayerische Vereinsbank AG; The Bank of Tokyo Trust Co.; Israel Discount Bank of New York; First American National Bank (formerly known as First American National Bank of Nashville); MBank Dallas, N.A. (has been closed and is now in receivership with the Federal Deposit Insurance Corp. having been appointed as receiver); National Australia Bank Ltd.; National Westminister Bank PLC; Bank of Hawaii and M & I Marshall & Ilsley Bank   (sg) |
| 90/08/21 | 3 | RESPONSE -- (to pldg. #1) plaintiff Spear, Leeds & Kellogg -- w/cert of svc. (sg) |
| 90/08/21 | 4 | RESPONSE -- (to pldg. #1) defendants Mellon Bank, N.A., et al. -- w/Exhibit A and cert. of svc. (sg) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 --

| Date | # | Description |
|---|---|---|
| 90/08/21 | 5 | REPSONSE -- (to pldg. #1) plaintiff Irwin L. Jacobs and Carl R. Pohlad -- w/Exhibit A & B and cert of svc. (sg) |
| 90/08/22 | | HEARING ORDER -- setting motion of defendant KPMG Peat Marwick for transfer for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/08/27 | 6 | REPLY BRIEF -- deft. KPMG Peat Marwick w/cert. of svc. (ds) |
| 90/10/03 | 7 | LETTER -- (Supplemental Information) KPMG Peat Marwick -- w/cert. of svc. (rh) |
| 90/10/05 | | HEARING APPEARANCES FOR 10/05/90 HEARING, SAN FRANCISCO, CALIFORNIA -- JOHN W. FRAZIER, IV, ESQ. for KPMG Peat Marwick; HOWARD SCHIFFMAN, ESQ. for Spear, Leeds & Kellogg (sg) |
| 90/10/05 | | WAIVER OF ORAL ARGUMENT FOR 10/05/90 HEARING -- Irwin L. Jacobs and Carl R. Pohlad; Oliver S. Travers, Jr., Thomas J. Albani, Anthony D. Shanagher, Samuel H. Iapalucci, K. Wayne Long, Roland H. Schriver, Anthony J.A. Bryan, Richard M. Cyert, Mark H. McCormack, Anthony J.F. O'Reilly, Jean-Jacques Servan-Schreiber and Spencer Stuart; Mr. Graemer K. Hilton; Dillon, Read & Co. Inc.; Mellon Bank, N.A., Canadian Imperial Bank of Commerce, Continental Bank, N.A.,Morgan Guaranty Trust Company of New York, Bank of America National Trust and Savings Association, Harris Trust and Savings Bank, The First National Bank of Boston, The Bank of New York, Commerzbank Aktiengesellschaft, Manufacturers Hanover Trust Company, NCNB National Bank of North Carolina, The Chase Manhattan Bank, N.A., The Citizens and Southern National Bank, The Northern Trust Company, Barclays Bank PLC, Pittsburgh National Bank, Standard Chartered Bank, Bayerische Vereinsbank AG, The Bank of Tokoyo Trust Company, Israel Discount Bank of New York, First American National Bank, MBank Dallas, N.A., National Australia Bank Limited, National Westminster Bank PLC, Bank of Hawaii, M & I Marshall & Ilsley Bank (sg) |
| 90/10/23 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Glenn E. Mencer for pretrial proceedings. (ds) |
| 90/10/23 | | TRANSFER ORDDER -- transferring A-3 and A-4 to the W.D. Pennsylvania for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/01/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Louis E. Wolfe, et al. v. Peat Marwick & Co., et al., S.D. New York, C.A. No. 90 Civ 7221 -- B-9 Elliott Associates, L.P. v. Dillon, Read & Co., et al., S.D. New York, C.A. No. 90 Civ 8145 -- Notified involved counsel and judges (sg) |
| 91/02/11 | 8 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by Plfts. Spear, Leeds & Kellogg in reference to B-8 Louis E. Wolfe, et al. v. Peat Marwick Main & Co., et al., S.D. New York, C.A. No. 90 Civ 7221 -- B-9 Elliott Associates, L.P. v. Dillon, Read & Co., et al., S.D. New York, C.A. No. 90 Civ 8145 --w/cert. of svc. -- Notified involved counsel and judges (sg) |
| 91/02/27 | 9 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plfts. in B-8 & B-9 Louis E. Wolfe, et al. v. Peat Marwick Main & Co., et al., S.D. New York, C.A. No. 90 Civ 7221 -- Elliott Associates, L.P. v. Dillon, Read & Co., et al., S.D. New York, C.A. No. 90 Civ 8145 -- w/cert. of svc. (sg) |
| 91/03/19 | 10 | RESPONSE (to pldg. #9) -- defts. KPMG Peat Marwick and Dillon, Read & Co. w/exhibits A thru D and cert. of svc. (ds) |
| 91/04/16 | | HEARING ORDER -- setting oppsotion of pltf. Spear, Leeds & Kellogg to transfer for Panel hearing in New York, N.Y., on May 31, 1991 (ds) |
| 91/05/29 | | HEARING APPEARANCES -- for hearing on 5/31/91, New York, New York -- HOWARD SCHIFFMAN, ESQ. for Spear, Leeds & kellogg and JOHN W. FRAZIER, IV, ESQ. for KPMG Peat Marwick and Dillon, Read & Co., Inc. (ds) |
| 91/05/29 | | WAIVERS OF ORAL ARGUMENT -- Mellon Bank, N.A., Canadian Imperial Bank of Commerce, Continental Illinois National Bank & Trust co. of Chicago, Morgan Guaranty Trust Co. of New York, Bank of American National Trust & Savings Assoc., Harris Trust & Savings Bank, Bank of Montreal, The First National Bank of Boston, The Bank of New York, Commerzbank Aktiengesellschaft, Manufacturers Hanover Trust Co., NCNB National Bank of North Carolina, The Chase Manhattan Bank, N.A., The Citizens & Southern National Bank, The Northern Trust Co., Barclays Bank PLC, Pittsburgh National Bank, Standard Chartered Bank, Bayeische Vereinsbank AG, The Bank of Tokyo Trust Co., Israel Discount Bank of New York, First American National Bank of Nashville, MBank Dallas, N.A., National Australia Bank Limited, National Westminster Bank PLC, Bank of Hawaii and M & I Marshall & Ilsley Bank and Mr. Graemer K. Hilton (ds) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/06/03 | 11 | SUPPLEMENTAL INFORMATION -- filed by defts. Lead Counsel (ds) |
| 91/06/07 | | TRANSFER ORDER -- B-8 Louis E. Wolfe, et al. v. Peat Marwick Main & Co., et al., S.D. New York, C.A. No. 90-Civ-7221 and B-9 Elliott Associates, L.P. v. Dillon, Read & Co., et al., S.D. New York, C.A. No. 90-Civ-8145 (**Transferred to the Western District of Pennsylvania**)-- Notified involved counsel, judges, clerk, and panel judges (rh) |
| 91/08/28 | 12 | REASSIGNMENT LETTER -- from W.D. Pennsylvania, litigation reassigned to judge Timothy K. Lewis in W.D. Pennsylvania -- signed by James A. Drach, Operations Manager (rh) |
| 91/08/28 | | ORDER REASSIGNING LITIGATION -- to the Hon. Timothy K. Lewis in W.D. Pennsylvania -- Notified involved counsel, judges and clerk (rh) |
| 92/01/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Gabelli Associates Fund, et al v. Dillion, Read & Co., Inc., S.D. New York, C.A. No. 91-CIV-7866--Notified Involved Counsel and judges. (DD) |
| 92/01/28 | 13 | NOTICE OF OPPOSITION TO CTO -- filed by plaintiff in B-10 Gabelli, N.Y.,S., C.A. #91-CIV-7866 -- NOTIFIED INVOLVED COUNSEL (cdm) |
| 92/01/28 | 14 | NOTICE OF OPPOSITION TO CTO -- filed by plaintiff Spear, Leeds & Kellogg re B-10 Gabelli, N.Y.,S., C.A. #91-CIV-7866 -- NOTIFIED INVOLVED COUNSEL (cdm) |
| 92/02/12 | 15 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltf. Spear, Leeds & Kellogg (B-10 Gabelli, S.D. New York, C.A. No. 91-Civ-7866) -- w/cert. of svc. (bas) |
| 92/02/20 | | HEARING ORDER -- setting opposition to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/20 | | HEARING ORDER -- setting opposition of pltfs. Gabelli Associates Fund, et al. (B-10) to transfer for Panel Hearing on March 27, 1992 in Chicago, Illinois (ds) |
| 92/02/25 | 16 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- filed by pltfs. Gabelli Rosenthal & Partners, L.P.; G & R Partners, L.P., Douglas Jamieson as Trustee for Gabelli & Co., Inc. Profit Sharing Plan; Gabelli Funds, Inc.; and Mario Gabelli and Gabelli Securities, Inc. (re: B-10 Gabelli, S.D. New York, C.A. No. 91-Civ-7866) -- w/cert. of svc. (bas) |

JPML FORM 1A
p. 5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- In re Allegheny International, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/03/03 | 17 | RESPONSE -- (to pldgs. #15 & 16) KPMG Peat Marwick -- w/Exhibits A-B and cert. of svc. cert. (rh) |
| 92/03/27 | | HEARING APPEARANCES (for Panel hearing on March 27, 1992, in Chicago, Illinois) -- HOWARD N. FELDMAN, ESQ. for Spear, Leeds & Kellogg; JOHN W. FRAZIER, IV, ESQ. for KPMG Peat Marwick (ds) |
| 92/03/27 | | WAIVER OF ORAL ARGUMENT -- Former Directors in Officers (Travers, et al.) in Gabelli action; Former plaintiffs Jacobs, Pohlad & Mathisen (ds) |
| 92/04/03 | | TRANSFER ORDER -- (B-10) Gabelli Associates Fund, et al. v. Dillon Read & Co., et al., S.D. New York, C.A. No. 91-Civ-7866 (**Transferred to the Western District of Pennsylvania**) -- Notified involved counsel, judges, clerks, and panel judges (bas) |
| 92/06/02 | 18 | ORDER FILED IN WESTERN DISTRICT OF PENNSYLVANIA REASSIGNING LITIGATION -- signed by Hon. Glenn E. Mencer and dated July 17, 1991 (kac) |
| 92/06/02 | | ORDER REASSIGNING LITIGATION -- transferring litigation from the Hon. Glenn E. Mencer to the Hon. Timothy K. Lewis -- Notified involved counsel, judges and clerks (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 860 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Allegheny International, Inc. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Oct. 5, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 23, 1990 | T.O. | Unpublished | W.D. Pennsylvania | ~~Glenn E. Mencer~~ | |
| | | | | | Hon. Timothy K. Lewis | |

Misc. # 16950

Special Transferee Information

DATE CLOSED: 11/17/ ~~8/5/92~~

JPML FORM 1 — LISTING OF INVOLVED ACTIONS

W.D. Penna.
Timothy McLeeris

DOCKET NO. 860 -- In re Allegheny International, Inc., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Irwin L. Jacobs, et al. v. Dillon, Read & Co., Inc., et al. | Minn. W. MacLaughlin Lee 90-1623 | 4-88-954 | | | 3-23-92 D | 40 W.Pa 9/26/90 |
| A-2 | Irwin L. Jacobs, et al. v. Oliver S. Travers, Jr., et al. | Pa.,W. Minn. MacLaughlin Lee | 90-1262 4-88-955 | | | 10-24-91 D | |
| A-3 | Spear, Leeds & Kellogg v. Dillon, Read & Co., Inc. | N.Y.,S. Lowe | 88 Civ 7235 | 10/23/90 | 90-1760 | 8/5/92 D | |
| A-4 | Spear, Leeds & Kellogg v. Peat Marwick Main & Co. | N.Y.,S. Lowe | 88 Civ 7240 | 10/23/90 | 90-1759 | 11/20/92 D | |
| A-5 | Spear, Leeds & Kellogg v. Oliver S. Travers, Jr., et al. | Pa.,W. Mencer | 88-2300 | | | 10-24-91 D | |
| A-6 | Spear, Leeds & Kellogg v. Mellon Bank, N.A., et al. | Pa.,W. Mencer | 88-2587 | | | 8/5/92 | |
| XYZ-7 | Dennis M. Mathisen v. Dillon, Read & Co., Inc., et al. | Pa.,W. | 90-1830 | | | 3-19-92 | |
| B-8 | Louis E. Wolfe, et al. v. Peat Marwick Main & Co., et al. 1/24/91 opposed 2/18/91 | N.Y.,S. Lasker | 90 Civ 7221 | 6-7-91 | 91-989 | 11/17/92 | |
| B-9 | Elliott Associates, L.P. v. Dillon, Read & Co., et al. 1/24/91 opposed 2/18/91 | N.Y.,S. Lasker | 90 Civ 8145 | 6-7-91 | 91-990 | 11/17/92 D | |

July 1991 - 2 to 5 1/2/9 Pending 8
July 1992 - 4 Dism'd /5 Pending

DOCKET NO. 860 -- In re Allegheny International, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-10 | Gabelli Associates Fund, et al. v. Dillon, Read & Co., Inc., et al. 1-10-92 Opposed 1/25/92 July 1992 - 4 dis/1 TR/6 pending | N.Y., S. Knapp | 91-CIV-7866 | 4/3/92 | 92-1022 | 11/17/92 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- In re Allegheny International Inc. Securities Litigation

| Liaison Counsel for Defendants | Liaison Counsel for Plaintiffs |
|---|---|
| John W. Frazier, IV, Esq.<br>Montgomery, McCracken, Walker & Rhoads<br>Three Parkway, 20th Floor<br>Philadelphia, Pennsylvania 19102 | Howard Schiffman, Esq.<br>Dickstein, Shapiro & Morin<br>2101 L. Street, N.W.<br>Washington, D.C. 20037 |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- In re Allegheny International Inc. Securities Litigation

---

IRWIN L. JACOBS, ET AL. (A-1),(A-2)
Geoffrey P. Jarpe, Esq.
Maun & Simon
2300 World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101

SPEAR, LEEDS & KELLOGG, ET AL. (A-3),
(A-4), (A-5), (A-6)
Howard Schiffman, Esq.
Dickstein, Shapiro & Morin
2101 L. Street, N.W.
Washington, D.C. 20037

DILLON, READ & CO. INC.
Marquerette N. Hosbach, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, New York 10005

KPMG PEAT MARWICK
John W. Frazier, IV, Esq.
Montgomery, McCracken, Walker & Rhoads
Three Parkway, 20th Floor
Philadelphia, Pennsylvania 19102

OLIVER S. TRAVERS, JR.
THOMAS J. ALBANI
ANTHONY D. SHANAGHER
SAMUEL H. IAPALUCCI
K. WAYNE LONG
ROLAND H. SCHRIVER
ANTHONY J.A. BRYAN
RICHARD M. CYERT
MARK H. MCCORMACK
ANTHONY J. F. O'REILLY
JEAN-JACQUES SERVAN-SCHREIBER
SPENCER R. STUART
Edwin L. Klett, Esq.
Klett Lieber Rooney & Schorling
40th Floor, One Oxford Centre
Pittsburgh, Pennsylvania 15219

MELLON BANK, N.A.
CANADIAN IMPERIAL BANK OF COMMERCE
CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO
MORGAN GUARANTY TRUST COMPANY OF NEW YORK
BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION
HARRIS TRUST AND SAVINGS BANK (WITH BANK OF MONTREAL AS A PARTICIPANT)
THE FIRST NATIONAL BANK OF BOSTON
THE BANK OF NEW YORK
COMMERZBANK AKTIENGESELLSCHAFT
MANUFACTURERS HANOVER TRUST COMPANY
NCNB NATIONAL BANK OF NORTH CAROLINA
THE CHASE MANHATTAN BANK, N.A.
THE CITIZENS AND SOUTHERN NATIONAL BANK
THE NORTHERN TRUST COMPANY
BARCLAYS BANK PLC
PITTSBURGH NATIONAL BANK
STANDARD CHARTERED BANK
BAYERISCHE VEREINSBANK AG
THE BANK OF TOKYO TRUST COMPANY
ISRAEL DISCOUNT BANK OF NEW YORK
FIRST AMERICAN NATIONAL BANK OF NASHVILLE
MBANK DALLAS, N.A.
NATIONAL AUSTRALIA BANK LIMITED
NATIONAL WESTMINSTER BANK PLC
BANK OF HAWAII
M & I MARSHALL & ILSLEY BANK
Terry Budd, Esq.
Kirkpatrick & Lockhart
1500 Oliver Building
Pittsburgh, Pennsylvania 15222

MR. GRAEMER K. HILTON
William F. Ward
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, Pennsylvania 15222

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 860 -- In re Allegheny International, Inc., Securities Litigation

LOUIS E. WOLFE, ET AL. (B-8)
ELLIOTT ASSOCIATES, L.P. (B-9)
Avrom S. Fischer, Esq.
786 East 19th Street
Brooklyn, NY 11230

*opposed*

GABELLI ASSOCIATES FUND, ET AL (B-10)
Avrom S. Fisher
(Address in B-8, B-9)

GABELLI SECURITIES, INC. (B-10)   *Opposed 1/28/92*
David Kranis, Esq.
1478 East 18th Street
Brooklyn, NY 11230

PEAT MARWICK MAIN & CO (Deft. B-10)

John W. Frazier, IV, Esq.
Montgomery, McCracken, Walker & Rhoads
Three Parkway
Philadelphia, PA 19102

DILLON, READ & CO, INC
OLIVER S. TRAVERS, JR.
THOMAS J. ALBANI
ANTHONY J.F. REILLY
ANTHONY D. SHANAGAHER
ANTHONY J. A. BRYAN
MARK H. McCORMACK
RICHARD M. CYERT
GRAEMER K. HILTON
SPENCER R. STUART (Defts. B-10)

Unable to determine counsel

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- In re Allegheny International, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Dillon, Read & Co., Inc. ✓ | A-1, A-3  B, B-10 |
| Peat Marwick Main & Co. ✓ | A-1, A-4  B, B-10 |
| Oliver S. Travers, Jr. ✓ | A-2, A-5  B, B-10 |
| Thomas J. Albani ✓ | A-2, A-5  B, B-10 |
| Anthony D. Shanagher ✓ | A-2, A-5  B, B-10 |
| Anthony J.A. Bryan ✓ | A-2, A-5  B, B-10 |
| Richard M. Cyert ✓ | A-2, A-5  B, B-10 |
| Graemer K. Hilton ✓ | A-2, A-5  B, B-10 |
| Mark H. McCormack ✓ | A-2, A-5, B-10 |
| Anthony J.F. O'Reilly ✓ | A-2, A-5, B-10 |
| Jean-Jacques Servan-Schreiber ✓ | A-2, A-5 |

p. 2

| | |
|---|---|
| Spencer R. Stuart | A-2, A-5, B-10 |
| Samuel H. Iapalucci | A-2, A-5 |
| K. Wayne Long | A-2, A-5 |
| Roland H. Schriver | A-2, A-5 |
| Mellon Bank, N.A. | A-6 |
| Canadian Imperial Bank of Commerce | A-6 |
| Continental Illinois National Bank & Trust Company of Chicago | A-6 |
| Morgan Guaranty Trust Company of New York | A-6 |
| Bank of America National Trust and Savings Association | A-6 |
| Harris Trust and Savings Bank (with Bank of Montreal as a participant) | A-6 |
| The First National Bank of Boston | A-6 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 860 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Bank of New York | A-6 |
| Commerzbank Aktiengesellschaft | A-6 |
| Manufacturers Hanover Trust Company | A-6 |
| NCNB National Bank of North Carolina | A-6 |
| The Chase Manhattan Bank, N.A. | A-6 |
| The Citizens and Southern National Bank | A-6 |
| The Northern Trust Company | A-6 |
| Barclays Bank PLC | A-6 |
| Pittsburgh National Bank | A-6 |
| Standard Chartered Bank | A-6 |
| Bayerische Vereinsbank AG | A-6 |

p. 4

| | |
|---|---|
| The Bank of Tokyo Trust Company | A-6 |
| Israel Discount Bank of New York | A-6 |
| First American National Bank of Nashville | A-6 |
| MBank Dallas, N.A. | A-6 |
| National Australia Bank Limited | A-6 |
| National Westminster Bank PLC | A-6 |
| Bank of Hawaii | A-6 |
| M & I Marshall & Ilsley Bank | A-6 |
| | |
| | |
| | |